MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK WENDALL LOWELL,<br><br>Defendant. | CASE NO. 1:25-MJ-00046-SAB<br><br>MOTION TO UNSEAL PETITION |

After coordinating with the assigned Assistant United States Attorney in the charging district, the government moves the Court to unseal the Petition for Warrant or Summons for Offender Under Supervision in this case. On or about April 24, 2025, the defendant was taken into federal custody. He will make his initial appearance on April 25, 2025. Therefore, the Petition should be unsealed to advise the defendant of the violations charged against him.

Dated: April 24, 2025

Very truly yours,
MICHELE BECKWITH
Acting United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

1

MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>PATRICK WENDALL LOWELL,<br><br>            Defendant. | CASE NO. 1:25-MJ-00046-SAB<br><br>ORDER TO UNSEAL PETITION |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Petition for Warrant or Summons for Offender Under Supervision filed in this case be UNSEALED.

   IT IS SO ORDERED

IT IS SO ORDERED.

Dated: __**April 24, 2025**__          _____
                                        STANLEY A. BOONE
                                        United States Magistrate Judge

2